**Dismissed and Opinion Filed November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00625-CV

**LENDELL BEACHAM, Appellant**
**V.**
**LOAN CARE SERVICING CENTER INC. & WATERFALL VICTORIA MASTERFUND, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-09160**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

On March 6, 2012, the Court abated this appeal due to the filing of bankruptcy by appellant. By letter dated August 24, 2015, appellee responded to a letter from this Court inquiring about the status of the bankruptcy proceedings. Appellee informed the Court the proceedings had been closed and attached orders from the bankruptcy court in support. By order dated August 24, 2015 we reinstated the appeal and ordered appellant to file, by August 31, 2015, either a motion to dismiss the appeal or written verification that he intended to pursue the appeal. We cautioned appellant that failure to file the requested documents would result in the dismissal of this appeal without further notice. To date, appellant has not filed a motion to dismiss, written verification of his intent to pursue the appeal, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

110625F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEMDELL BEACHAM, Appellant

No. 05-11-00625-CV     V.

LOAN CARE SERVICING CENTER INC.
& WATERFALL VICTORIA
MASTERFUND, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-09160.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees LOAN CARE SERVICING CENTER INC. &
WATERFALL VICTORIA MASTERFUND recover its costs of this appeal from appellant
LEMDELL BEACHAM.

Judgment entered November 24, 2015.